**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., | |
| Plaintiff, | Civil Action File No.: 1:26-cv-652 |
| v. | |
| ENTERPRISE HOLDINGS INC., d/b/a ENTERPRISE MOBILITY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or the "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Enterprise Holdings Inc., d/b/a Enterprise Mobility ("Enterprise" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

1.

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents: 10,521,846; 9,049,558; 8,737,951; and 8,452,273.

1

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses.  BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities.  The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired.  BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users.  BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today.  In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human.  A smart phone may be ina user's pocket, purse or backpack, for example

2

and in no particular orientation.  U.S. 8,452,273 cols. 1-3.  Prior to the '273 Patent, there was no effective answer for this problem.  BWE's sensor monitoring, processing and communication technology is covered by the claims of the '846, '558, '951, and the '273 Patents asserted in this action, as well as other BWE patents.

**JURISDICTION AND VENUE**

**4.**

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

**5.**

Upon information and belief, Defendant Enterprise Holdings Inc. is a corporation organized under the laws of Missouri, having its headquarters at 600 Corporate Park Drive, Saint Louis, MO 63105.  Enterprise may be served this Complaint by service upon its registered agent C T Corporation System at 1999 Bryan Street, Suite 900, Dallas, TX 75201.

**6.**

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

**7.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b) in that, upon information and belief, Defendant operates "brick and mortar" corporate locations within this district, such as vehicle maintenance facilities, car and truck rental facilities, and office locations, including locations at 10907 North FM 620, Austin, TX 78726, 8321 Lazy Lane, Austin, TX 78757, 3819 Presidential Boulevard, Austin, TX 78719, 4210 South

3

Congress Avenue, Austin, TX 78745, and 4352 I-35, Austin, TX 78745, among others. Defendant routinely does business within this district, Defendant has committed acts of infringement within this district, and Defendant continues to commit acts of infringement within this district.

**8.**

On information and belief, Defendant actively uses infringing telematics systems including Enterprise truck rental driver-behavior and event reporting via on-vehicle telematics within in this State and District. Defendant also provides an online presence under the domain names enterprisemobility.com, enterprise.com, nationalcar.com, alamo.com, enterprisetrucks.com, efleets.com, and enterprisecarshare.com, which are available to customers and prospective customers within this State and District. As a result of Defendant's business activities in this State and District, on information and belief, Defendant has had continuous and systematic contacts with this State and District.

**9.**

Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this State and judicial district, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from services provided to individuals in Texas and in this district.

**ALLEGATIONS COMMON TO ALL COUNTS**

**10.**

Plaintiff owns all right, title, interest in, and has standing to sue for infringement the following patents: United States Patent No. 10,521,846 ("the '846 Patent"), entitled "Targeted advertisement selection for a wireless communication device (WCD)," issued on December 31,

2019; United States Patent No. 9,049,558 ("the '558 Patent"), entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent No. 8,737,951 ("the '951 Patent"), entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; and United States Patent No. 8,452,273 ("the '273 Patent"), entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013.  Copies of the '846 Patent, the '558 Patent, the '951 Patent, and the '273 Patent are attached as Exhibits 1-4.

**11.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses.  These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users.  BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today.  In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**12.**

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep, stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

5

**13.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '846 Patent, '558 Patent, the '951 Patent, and the '273 Patents which are asserted in this action, as well as other BWE patents.

**14.**

Enterprise Holdings, Inc. supports its U.S. mobility and fleet services from its global headquarters at 600 Corporate Park Drive, St. Louis, Missouri 63105 and markets truck rental, carsharing, and fleet management services through offerings that include Enterprise Truck Rental, Enterprise CarShare, and Enterprise Fleet Management.  Enterprise Truck Rental markets a truck telematics program implemented through a plug-and-play in-vehicle device that logs real-time vehicle data and uploads key data to a remote web portal for monitoring and management.



https://www.enterprisetrucks.com/truckrental/en_US/resources/telematics.html#

**15.**

Enterprise describes that this telematics reporting includes vehicle-use and driving related outputs (e.g., location, speed/idle) and the ability to create custom alerts based on "braking behavior" (as well as vehicle speed and location), reflecting driver/vehicle motion-event monitoring and remote reporting workflows.  Enterprise also discloses that its vehicles may be

equipped with connected-car/telematics devices such as pre-installed event data recorders (EDRs), global positioning devices, OnStar®, and other communications systems connected to Internet/cellular services, and that information may be collected from those systems. In addition, Enterprise Fleet Management's privacy policy explains that vehicle technology may enable collection and use of location information, collision information, and vehicle operation information (diagnostic/performance data), and that the information may be stored for downstream service workflows.

**16.**

Enterprise's telematics-enabled services—implemented through on-vehicle processors and memory executing program code, vehicle-integrated data capture (including EDR/collision and operational data, location data, and telematics reporting/alerts that include braking behavior), and communication of resulting records and alerts to remote computer systems for storage, review, and operational response—provide a practical basis for determining, recording, and communicating mobile-thing motion activities and related safety/behavior events in vehicles operating in the United States.

**17.**

The behavior-tracking features of these telematics-equipped devices—whether factory-installed or retrofitted—rely on embedded motion sensors and automated event-tagging mechanisms. They utilize accelerometer data and event-detection algorithms that infringe BWE's patented technologies. Furthermore, these platforms deliver real-time alerts, enable incident reconstructions, and provide driver coaching tools—key functionalities also protected under BWE's intellectual property. The integration of GPS, accelerometers, and gyroscope sensors for

driving-pattern analysis and unsafe behavior detection infringes BWE's patented solutions for motion-based behavior classification.



By tracking and making sure the fleet is running efficiently and safely with courteous drivers, Telematics can improve your company's bottom line and protect your company's good reputation. Monitor unplanned stops, as well as driving time vs. customer service time. Reduce paperwork and track hours of service, driver vehicle inspection reports, international fuel tax agreement compliance and driver e-logs.

https://www.efleets.com/en/how-it-works/vehicle-tracking-technology.html

## COUNT I

## DIRECT INFRINGEMENT OF THE '846 PATENT

### 18.

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

### 19.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '846 Patent, through, among other activities, using applications automatic programs for monitoring human activities while driving.

**20.**

Independent Claim 1 of the '846 Patent, shown in italics, recites:

> *1. A method for use in connection with a wireless communication device (WCD) transported by a mobile thing (MT), the WCD having a computer architecture that has access to a memory, comprising: determining a mobile thing motion activity (MTMA) associated with the MT that is transporting the WCD based at least in part upon sensor data, the sensor data derived from one or more sensors associated with the WCD,*

An on-board telematics device installed in a truck monitors the truck's movement by analyzing data from its sensors and from the vehicle's onboard diagnostics. Enterprise states that its telematics system collects data through GPS technology, sensors and onboard diagnostics and logs real-time vehicle data for upload to a remote portal. Using this sensor data (which in typical devices includes tri-axis accelerometers), the device determines whether a driving event such as hard braking, rapid acceleration or idling has occurred.

> *the one or more sensors measuring physical movement of the WCD in three dimensional space and producing data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

The on-board sensors measure physical movement along three perpendicular axes and output three concurrent movement values, each associated with a time stamp. These time-series data sets permit statistical analysis of the vehicle's motion and provide the basis for identifying different driving behaviors.

> *selecting an advertisement based at least in part upon the determined MTMA; causing the advertisement to be communicated to the WCD; and*

When the system identifies a specific driving event (for example, hard braking), it selects an appropriate message and delivers it through the telematics ecosystem. Enterprise notes that fleets

can create custom alerts based on vehicle speed, braking behavior and location; these alerts serve as targeted notifications to the driver or fleet manager in response to the detected driving behavior.

> *wherein the determining the MTMA comprises: storing a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA;*

The device keeps a set of reference patterns (templates) representing different motion behaviors (such as braking, acceleration, cornering or collision events).  To classify a new event, the system compares the incoming sensor data to these templates, each of which may include time- or frequency-domain characteristics derived from past sensor data.

> *determining a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system; using the normalizing mathematical relationship, determining normalized data sets; analyzing the normalized data sets in the frequency and time domains;*

Because driving conditions vary, the system calculates a normalizing mathematical relationship so that data collected at different times or under different conditions can be compared within a consistent three-dimensional framework.  It uses this relationship to produce normalized data sets and analyses them across both time and, where appropriate, frequency domains to distinguish among various motion events.

> *determining likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and selecting a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

Based on the analysis, the system computes likelihood scores for each stored motion pattern and selects the pattern that best matches the current sensor data.  For instance, if the accelerometer shows a rapid deceleration and the pattern comparison indicates a high likelihood of a hard-braking event, the system chooses the "hard-braking" signature.  This selection then triggers the

10

corresponding alert (such as the braking-behavior notification described above) for delivery through Enterprise's telematics portal.

**21.**

Claim 2 of the '846 Patent, for example, recites:

> *2. The method of claim 1, wherein the advertisement is communicated to the WCD via an email or text message.*

Enterprise's telematics alerts can be configured for electronic delivery. Thus, once a braking or acceleration event is detected, the system can send the corresponding alert message to the driver or fleet manager via e-mail or SMS/text (in addition to portal notifications).

**22.**

Claim 3 of the '846 Patent, for example, recites:

> *3. The method of claim 1, further comprising determining an identification (ID) of the MT and wherein the selecting the advertisement is further based at least in part upon the determined ID in addition to the determined MTMA.*

The system may include the vehicle's unique identifier (e.g., vehicle ID or registration number) in its analysis. Alerts or messages can then be selected not only by the detected driving event but also by the specific vehicle's identity—for example, applying different thresholds or messages for heavy trucks versus light vans within the fleet.

**23.**

Claim 4 of the '846 Patent, for example, recites:

> *4. The method of claim 1, further comprising determining a location of the WCD and wherein the selecting the advertisement is further based at least in part upon the location in addition to the determined MTMA.*

Enterprise's telematics system collects GPS location data. Alerts can therefore be selected based on where the vehicle is operating; for instance, a braking alert in a school zone, or a high-risk area could trigger a different message than the same event elsewhere.

11

**24.**

Claim 5 of the '846 Patent, for example, recites:

> *5. The method of claim 1, further comprising receiving a payment for or otherwise monetarily benefiting from causing the advertisement to be communicated.*

Enterprise provides telematics as a commercial service; fleet customers pay fees (or the service is included in rental packages) to receive the benefits of tracking and alerts.  Thus, Enterprise monetizes the provision of these driving-behavior alerts, receiving payment or otherwise benefiting from the communication of messages.

**25.**

Claim 7 of the '846 Patent, for example, recites:

> *7. The method of claim 1, further comprising enabling a user of the WCD to enable and disable the causing of the advertisement.*

Fleet managers or drivers can enable or disable specific alert types within the telematics portal. Enterprise's system allows users to configure custom alerts, implying that users can decide which alerts are active at any given time.

**26.**

Claim 8 of the '846 Patent, for example, recites:

> *8. The method of claim 1, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

The system's sensor data may be derived from an accelerometer, a gyroscope, or both.  Enterprise's telematics devices measure vehicle dynamics through onboard sensors and diagnostics, and the typical hardware includes an accelerometer (with optional gyroscope) to capture motion.

**27.**

Claim 9 of the '846 Patent, for example, recites:

> *9. The method of claim 1, wherein the steps are performed in the WCD itself or in one or more communicatively coupled computer systems that are remote from the WCD and that receive the sensor data from the WCD.*

Some steps of the method occur in the on-vehicle device (data collection, initial classification), while others occur in remote computer systems (storage, further analysis, report generation). Enterprise's device logs real-time data on the truck and uploads it to a web portal, indicating a split between local and remote processing.

**28.**

Claim 10 of the '846 Patent, for example, recites:

> *10. The method of claim 1, wherein the WCD is communicatively coupled to a remote computer system and wherein the memory is associated with the remote computer system.*

Because the vehicle is connected via cellular or other networks, it transmits sensor data to Enterprise's remote systems, where the data (and associated analysis results) are stored. Enterprise's telematics platform provides insights on vehicle use and status through a single web portal, showing that the memory associated with the remote system holds the data and analysis.

**29.**

Independent Claim 12 of the '846 Patent, shown in italics, recites:

> *12. A wireless communication device (WCD) transported by a mobile thing (MT), comprising: one or more transceivers designed to enable access to a remote computer system, the remote computer system designed to select a targeted advertisement and enable the advertisement to be communicated or accessed by the WCD;*

Enterprise Truck Rental uses a vehicle-mounted telematics unit with wireless transceivers. The device connects to a remote portal hosted by a central server; and Enterprise notes that the plug-and-play device logs real-time data and uploads key data to the Geotab web portal. The remote system can therefore analyze the data and select an appropriate message or alert, which is then communicated back to the driver or fleet manager through the device's interface.

*one or more sensors associated with the WCD designed to produce sensor data, the sensor data indicative of physical movement of the WCD in three dimensional space and including data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

The telematics unit includes sensors that measure physical movement in three dimensions (e.g., a tri-axis accelerometer) and output three movement values plus a time stamp.  These time-series datasets—each value representing movement along a different axis—allow statistical analysis of how the vehicle moves.

*one or more memories designed to store computer program code; and one or more processors designed to execute the computer program code, the computer program code comprising: code designed to determine mobile thing motion activity (MTMA) of the MT that is transporting the WCD based at least in part upon the sensor data and the statistical analysis of the physical movement of the WCD;*

The unit contains memory and processing circuitry with program code.  This code analyses the sensor data to identify driving behaviors such as hard braking or fast acceleration.  Enterprise's telematics documentation states that the system collects data via GPS, sensors and onboard diagnostics and supports custom alerts based on vehicle speed and braking behavior, showing that it classifies different motion events for safety and fleet management.

*code designed to communicate the sensor data or a mobile thing motion activity (MTMA) of the MT that is transporting the WCD and that is derived from the sensor data via the one or more transceivers to the remote computer system in order to enable selection of the targeted advertisement that is suited for the determined MTMA; code designed to receive and locally communicate the advertisement to a user interface of the WCD; and*

The code communicates either raw sensor data or the detected driving event to the remote portal so that the server can select a targeted message.  It also includes code to receive the message and display it to the user—equivalent to delivering a notification to the driver or fleet manager.  Enterprise highlights that its telematics system improves safety by creating custom alerts for

14

vehicle speed, braking behavior and location; these alerts are the targeted messages selected based on the detected driving event.

> *wherein the code designed to determine the MTMA comprises: code designed to store a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA; code designed to determine a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system;*

The Enterprise telematics application code normalizes the live data into sets of data that may be measured in the frequency and time domains and allows the live 3D (three or more axes from the accelerometer and/or gyroscope) data to be compared to the reference data. Code is used to determine time separations so the raw data so it may be analyzed in a 3D coordinate system.

> *code designed to, using the normalizing mathematical relationship, determine normalized data sets; code designed to analyze the normalized data sets in the frequency and time domains;*

The device's code normalizes sensor data collected at different times so that it can be analyzed consistently across the three axes. It performs time-domain and, if needed, frequency-domain analysis to compare the data against stored motion signatures (e.g., patterns representing braking, acceleration or collision events).

> *code designed to determine likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and code designed to select a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

The system then calculates likelihood scores for each signature and selects the best match—the motion pattern most likely corresponding to the current driving event. Enterprise's custom alerting based on braking behavior demonstrates the practical outcome of this process: Once the system identifies a braking event, it triggers the corresponding alert through the telematics portal.

**30.**

Claim 13 of the '846 Patent, for example, recites:

15

*13. The WCD of claim 12, wherein the program code further comprises code to determine an identification (ID) associated with the MT and wherein the code to select the advertisement makes the selection based at least in part upon the determined ID of the user.*

The program code can determine the identity of the individual vehicle or user associated with the telematics device (for example, by vehicle ID or user account). When selecting a targeted message (alert), the code considers both the identified driving event and the specific vehicle/user identity. This allows Enterprise's telematics platform to tailor alerts differently for, say, heavy trucks versus light vans, or for specific drivers on a fleet.

**31.**

Claim 14 of the '846 Patent, for example, recites:

*14. The WCD of claim 12, wherein the program code further comprises code to determine a location of the WCD and wherein the code to select the advertisement makes the selection based at least in part upon the location.*

The code determines the vehicle's location; Enterprise's telematics system collects GPS location data and integrates it with other sensor inputs. The remote server can therefore choose messages based on where the vehicle is operating in addition to the detected driving event—for example, issuing different braking alerts when the vehicle is in a restricted area or in a work zone.

**32.**

Claim 15 of the '846 Patent, for example, recites:

*15. The WCD of claim 12, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

The motion data used by the telematics device may come from an accelerometer, a gyroscope, or both. Enterprise's telematics unit gathers sensor data and vehicle diagnosticsk; a typical implementation uses a tri-axis accelerometer (and optionally a gyroscope) to measure movement along three axes and to detect events such as hard braking, rapid acceleration or collisions.

16

**33.**

Claim 16 of the '846 Patent, for example, recites:

> *16. The system of claim 12, wherein the computer program code further comprises: code to determine a mathematical relationship between different data sets to enable analysis of the different data sets in the 3D coordinate system; and code to determine the MTMA based at least in part upon the analysis of the different data sets in the 3D coordinate system.*

The program code includes routines to relate different data sets so that they can be analyzed in the same three-dimensional coordinate framework. For example, the system may normalize sensor data collected at different times or speeds and then compare those normalized sets in time and frequency domains. Using these analyses, the code determines which driving event is occurring—such as distinguishing hard braking from normal braking—before the remote server selects the appropriate alert for the driver.

## COUNT II

### DIRECT INFRINGEMENT OF THE '558 PATENT

**34.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

**35.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent, through, among other activities, using applications automatic programs for monitoring human activities while driving.

**36.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

17

Enterprise Truck Rental deploys a plug-and-play in-vehicle telematics device that logs real-time

vehicle data and uploads key data to a remote portal for monitoring.  The in-vehicle device includes

a built-in accelerometer and gyroscope and the accelerometer analyzes the *x*, *y*, and *z* axes, yielding

at least three concurrent movement-data streams indicative of vehicle motion while the device is

transported by the truck during operation.  The device's harsh driving/event monitoring (e.g.,

braking/acceleration dynamics) is inherently time-associated and logged for reporting/alerting in

the remote portal environment.

> *recognizing a particular set of data sample values as a reference for*
> *defining an orientation of the WCD in a coordinate system;*

The in-vehicle device's auto-calibrating accelerometer/gyroscope sensing establishes a reference

orientation/framework for interpreting multi-axis motion in a vehicle coordinate system—e.g.,

recognizing a baseline set of multi-axis samples as a reference condition for orientation/attitude

interpretation as the truck operates.

> *computing reference data based upon the recognition of the particular set,*
> *the reference data defining a relationship between each set of subsequent*
> *non-reference data sample values and the particular reference set of data*
> *sample values in the coordinate system;*

Using that reference condition, the system computes reference data that relates subsequent multi-

axis accelerometer/gyroscope sample sets to the reference framework (including how later *x*, *y*,

and *z* samples and angular-rate values correspond to the baseline orientation), enabling consistent

comparison of subsequent motion samples in the coordinate system.

> *calculating movement data in the coordinate system of one or more other*
> *non-reference data sample values based upon the reference data; and*

Based on the reference data, the system calculates movement data from subsequent non-reference

samples as coordinate-system motion values suitable for event detection—i.e., interpreting the *x*,

18

*y*, and *z* accelerometer streams (and gyroscope angular-rate data) in the established reference framework to quantify truck dynamics and changes over time.

> *determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

From the calculated movement data, the system determines truck motion activities (MTMAs), including braking-related motion activity and acceleration-related motion activity (and related dynamics such as cornering), consistent with Defendant's description that the accelerometer/gyroscope measures vehicle movements such as harsh braking and acceleration and that accelerometer changes are used to infer harsh driving events. Enterprise Truck Rental specifically describes the ability to generate custom alerts based on braking behavior, evidencing motion-activity determination and reporting in Enterprise's truck telematics workflows.

**37.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

One or more steps of Claim 1 are implemented in the in-vehicle WCD, in a remote computer system, or in a combination of both, as shown by Enterprise's fleet technology stack that couples (i) an on-vehicle telematics device that logs realtime vehicle data with (ii) remote portals and mobile apps used to access, store, and act on that data: For Enterprise Truck Rental, Enterprise describes that the plug-and-play in-vehicle telematics device logs real-time data and uploads key data to a web portal, evidencing WCD-side capture with remote-system receipt/storage/ reporting; Enterprise's telematics program materials further describe setting up and using an Enterprise telematics account/portal to access fleet telematics data and manage users/drivers, evidencing remote-system implementation of monitoring and review functions; across Enterprise Fleet

Management, Enterprise describes a fleet management reporting platform (Client Website/portal) and a mobile app for drivers (eFleets Mobile) providing ongoing access to vehicle information and notifications, including vehicle-related alerts and accident reporting, further evidencing remote-system processing/communication paired with in-vehicle data capture; and for Enterprise CarShare, the mobile app workflow ("Unlock and go," "Start My Trip," "Lock & End Trip") ties trip-state events to Enterprise's backend systems, reinforcing that steps may be distributed between the in-vehicle system and remote computer systems.

**38.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Enterprise CarShare (ECS) uses vehicles operated within Enterprise's connected-vehicle ecosystem and supported through Enterprise remote systems. ECS's app workflow to start and end a trip (e.g., "Start My Trip" / "Lock & End Trip") evidences an on-vehicle WCD transported by the vehicle (MT) operating in coordination with a remote backend during vehicle use. Enterprise also discloses that its vehicles may be equipped with Vehicle Data Systems/telematics, including event data recorders (EDRs), GPS, and connected systems. EDR functionality records dynamic time-series vehicle data around crash events (e.g., speed vs. time and delta-V vs. time). Consistent with standard EDR implementations, the "first" and "second" movement-indicative data include multi-axis accelerometer-type motion data (at least three axes in a 3D coordinate system) and associated time values, including acceleration-vs-time channels used for event/collision characterization.

> *determining reference data that defines a reference framework from the first data;*

20

From the first data, the WCD determines reference data defining a reference framework for analysis. In practice, the reference framework is established by selecting a baseline set of multi-axis motion samples (including gravity-referenced orientation in a vehicle coordinate system and/or baseline "normal driving" motion signatures) to serve as the reference for subsequent comparison.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The WCD then normalizes the second data using the reference data so that the second data can be analyzed in the reference framework—i.e., expressing subsequent multi-axis motion samples in a consistent coordinate framework so motion values collected at different times and under different conditions can be compared on a common basis.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Based upon the normalized second data, the system identifies one or more driver/vehicle motion activities associated with the vehicle, including motion activities implicated by Enterprise's telematics/EDR ecosystem such as collision/event motion activity (EDR time-series capture around crash events) and related driving dynamics activities evidenced by acceleration-vs-time behaviors.

**39.**

Claim 25 of the '558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

One or more steps of Claim 17 are implemented in the in-vehicle WCD, in a remote computer system, or in a combination of both, as shown by Enterprise's fleet technology stack that couples (i) an on-vehicle telematics device that logs realtime vehicle data with (ii) remote portals and

mobile apps used to access, store, and act on that data:  For Enterprise Truck Rental, Enterprise describes that the plug-and-play in-vehicle telematics device logs real-time data and uploads key data to a web portal, evidencing WCD-side capture with remote-system receipt/storage/ reporting; Enterprise's telematics program materials further describe setting up and using an Enterprise telematics account/portal to access fleet telematics data and manage users/drivers, evidencing remote-system implementation of monitoring and review functions; across Enterprise Fleet Management, Enterprise describes a fleet management reporting platform (Client Website/portal) and a mobile app for drivers (eFleets Mobile) providing ongoing access to vehicle information and notifications, including vehicle-related alerts and accident reporting, further evidencing remote-system processing/communication paired with in-vehicle data capture; and for Enterprise CarShare, the mobile app workflow ("Unlock and go," "Start My Trip," "Lock & End Trip") ties trip-state events to Enterprise's backend systems, reinforcing that steps may be distributed between the in-vehicle system and remote computer systems.

**40.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

Enterprise Fleet Management deploys telematics/ connected-vehicle technology in fleet vehicles and supports it through remote systems used to monitor vehicle use and driving-related activity. Enterprise Fleet Management discloses that fleet vehicles may be equipped with technology that collects/transmits data from event data recorders (EDR), GPS, OnStar® or similar technology, enabling collection and use of location, collision, and vehicle operation information.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

22

Enterprise Fleet Management describes vehicle technology that enables collection and use of location information (GPS-derived), collision information (event data recorder/collision-event capture), and vehicle operation information (diagnostic/performance data).  These are plurality data sample values indicative of movement/operation of the on-vehicle WCD while it is transported by the fleet vehicle (MT).

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

Based on the incoming location/collision/ operation sample streams, the system computes reference data defining a reference framework for comparing subsequent sample values (e.g., baseline operating ranges/conditions and event criteria for interpreting movement/operation data). The system then calculates movement data based upon the reference data and the sample values by transforming successive location/ velocity/operation samples into comparable motion/operation metrics and event-relevant measures across time.

> *determining an MTMA associated with the MT based upon the movement data.*

Based on the calculated movement data, the system determines one or more driver/vehicle motion activities including collision/event motion activity (from collision/EDR-related data) and other motion activities reflected by the location and vehicle-operation streams used for fleet monitoring and safety workflows.

**41.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

23

Enterprise Truck Rental deploys an in-vehicle telematics device that logs real-time truck data and uploads key data to a remote web portal for monitoring. That in-vehicle unit necessarily includes one or more memories storing program code and one or more processors executing that code to perform the logging, motion/event determination, and communications/portal-upload functions.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The program code includes code to receive first and second data from one or more sensors associated with the in-vehicle WCD while it is transported by the truck (MT), where the data is indicative of movement. The in-vehicle device includes onboard motion sensing via a built-in accelerometer and gyroscope, with the accelerometer analyzing the $x$, $y$, and $z$ axes to produce multi-axis motion data streams indicative of vehicle movement.

> *code to determine reference data that defines a reference framework from the first data;*

The program code includes code to determine reference data that defines a reference framework from the first data. In practice, the device establishes a baseline/reference framework for interpreting subsequent multi-axis motion samples in a vehicle coordinate context (e.g., reference motion/orientation conditions used to consistently interpret later $x$, $y$, and $z$ accelerometer and angular-rate samples during operation).

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The program code includes code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework—i.e., expressing subsequent motion samples in a consistent reference-oriented framework so that changes in vehicle dynamics can be compared reliably across time and operating conditions.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The program code includes code to identify a driver/vehicle motion activity based upon the normalized second data. Enterprise Truck Rental expressly describes telematics outputs/alerts tied to driving/vehicle motion activities, including custom alerts based on "braking behavior" (and related motion/operation conditions). The multi-axis accelerometer/gyroscope motion data provides the motion basis for determining such MAs (e.g., braking-related motion activity and acceleration-related motion activity) and reporting them through the remote portal workflow.

**42.**

Claim 50 of the '558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

One or more steps of Claim 42 are implemented in the in-vehicle WCD, in a remote computer system, or in a combination of both, as shown by Enterprise's fleet technology stack that couples (i) an on-vehicle telematics device that logs realtime vehicle data with (ii) remote portals and mobile apps used to access, store, and act on that data: For Enterprise Truck Rental, Enterprise describes that the plug-and-play in-vehicle telematics device logs real-time data and uploads key data to a web portal, evidencing WCD-side capture with remote-system receipt/storage/ reporting; Enterprise's telematics program materials further describe setting up and using an Enterprise telematics account/portal to access fleet telematics data and manage users/drivers, evidencing remote-system implementation of monitoring and review functions; across Enterprise Fleet Management, Enterprise describes a fleet management reporting platform (Client Website/portal) and a mobile app for drivers (eFleets Mobile) providing ongoing access to vehicle information and notifications, including vehicle-related alerts and accident reporting, further evidencing remote-

system processing/communication paired with in-vehicle data capture; and for Enterprise CarShare, the mobile app workflow ("Unlock and go," "Start My Trip," "Lock & End Trip") ties trip-state events to Enterprise's backend systems, reinforcing that steps may be distributed between the in-vehicle system and remote computer systems.

**43.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Enterprise CarShare (ECS) operates through a connected-vehicle architecture in which vehicles are used under app-controlled trip workflows (start/end trip), and Enterprise's vehicles are part of a connected-vehicle ecosystem that includes telematics/vehicle data systems. In this context, the in-vehicle WCD is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with the vehicle (MT) and includes one or more memories storing program code and one or more processors executing the program code.

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

The program code includes code to receive a plurality of data sample values from one or more sensors of the WCD while it is transported by the vehicle, where the sample values are indicative of movement. Enterprise discloses that its vehicles may be equipped with vehicle data/telematics systems including event data recorders (EDRs) and global positioning devices (GPS) (and other connected systems), enabling collection of collision information and location information in

26

connection with vehicle operation.  These collision/location streams provide movement/event-indicative sample values associated with the vehicle while it is operated during a carshare trip.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

The program code includes code to compute reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values.  In practice, the system establishes reference criteria/baselines to compare subsequent samples—e.g., reference conditions/criteria for interpreting collision-event data and for comparing successive location samples as a function of vehicle movement during a trip.

> *code to calculate movement data based upon the reference data and the data sample values; and*

The program code includes code to calculate movement data based upon the reference data and the received sample values—e.g., deriving comparative movement/operation metrics from successive location samples and correlating those with event/collision sample values for consistent interpretation over time in the reference framework.

> *code to determine an MTMA associated with the MT based upon the movement data.*

The program code includes code to determine one or more MTMAs associated with the vehicle based upon the movement data, including collision/event motion activity (based on collision information/EDR event capture) and other motion activities reflected by location/movement patterns captured during the trip and processed under the reference framework.

## COUNT III

## DIRECT INFRINGEMENT OF THE '951 PATENT

**44.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

27

**45.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent, through, among other activities, using applications automatic programs for monitoring human activities while driving.

**46.**

Independent Claim 1 of the '951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Across Enterprise's Truck Rental, CarShare, and Fleet Management offerings, Enterprise deploys vehicle-connected WCD/telematics functionality implemented through processors and memory executing program code to capture vehicle data and support downstream monitoring and response workflows.   Enterprise discloses that its vehicles may be equipped with connected/telematics systems including event data recorders (EDRs) and other connected systems, and Enterprise Fleet Management discloses collection/use of collision information, location information, and vehicle operation information via vehicle technology.   Enterprise Truck Rental further describes a plug-and-play in-vehicle telematics device that logs real-time data and uploads it to a remote web portal and supports alerts based on driving/operation conditions (including braking behavior).

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

The program code includes instructions to enter a first mode of operation involving a first investigation process with one or more sensors that captures first data.   In Enterprise Truck Rental's telematics implementation, the in-vehicle device captures ongoing motion/operation data during normal use and supports reporting/alerting (including braking-behavior alerting) through

28

the portal workflow. For Enterprise Fleet Management/Enterprise vehicles more generally, the first-mode capture includes time-associated streams such as location and vehicle operation information that are collected and used during ordinary operation.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

The program code includes instructions to determine whether the first data is indicative of an activity relating to a need for assistance, an accident, or a crime. Enterprise Fleet Management expressly identifies collision information as a collected/used vehicle-data category, and Enterprise discloses EDR presence in its vehicle ecosystem—together providing a direct basis for determining whether captured data indicates an accident/collision event requiring follow-up.

> *instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

When the first data may involve such an activity, the program code includes instructions to enter a second mode of operation with a different investigation process (using the same and/or additional sensors) to capture second data further indicative of the activity. In Enterprise's ecosystem, collision/event indications invoke event-focused workflows in which additional event context is captured and made available in remote systems—e.g., collision information/event records correlated with location and vehicle operation information for downstream handling and review. In the Truck Rental telematics workflow, the device's portal-upload and alerting architecture provides the mechanism for escalating from routine monitoring to event/alert reporting (including braking-behavior-triggered events) for remote review and response.

**47.**

Claim 8 of the '951 Patent, for example, recites:

29

*8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

Enterprise's vehicle telematics/connected-vehicle systems include program code that compares captured vehicle data (first data and/or second data) with reference data and detects an event based on that comparison.   In Enterprise Truck Rental's telematics workflow, Enterprise expressly describes alerting based on braking behavior (as well as speed and location), which necessarily involves comparing captured motion/operation data against reference criteria/thresholds to determine when an alert/event condition exists.   Similarly, Enterprise Fleet Management discloses collection/use of collision information and other vehicle data categories (location and vehicle operation information), supporting event detection (e.g., collision/event conditions) by comparing captured data against event criteria and then generating event records for downstream handling.

**48.**

Claim 9 of the '951 Patent, for example, recites:

*9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

The comparisons and event detections described above are performed at least in the time domain, because Enterprise's telematics and collision event workflows inherently evaluate time-sequenced vehicle data (e.g., braking-behavior conditions and collision/event information as they occur over time) to determine whether a reportable event has occurred and to generate alerts/records for remote review.

**49.**

Independent Claim 10 of the '951 Patent, shown in italics, recites:

*10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors*

30

*that execute the computer program code, the computer program code comprising:*

Enterprise deploys on-vehicle telematics/connected-vehicle WCD functionality across its Truck Rental, CarShare, and Fleet Management offerings, implemented through processors and memory executing program code to capture vehicle data and support remote monitoring and response workflows.  Enterprise discloses that vehicles may be equipped with connected/ telematics systems including EDRs and other connected systems, and Enterprise Fleet Management discloses collection/use of collision information, location information, and vehicle operation information. Enterprise Truck Rental further describes an in-vehicle telematics device that logs real-time data and uploads it to a remote web portal.

*instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

The program code includes instructions to produce data from one or more sensors associated with the WCD, including vehicle data sources and connected-vehicle systems that provide location (GPS), vehicle operation information, and collision/event information (EDR/collision data). Based upon that data, the WCD determines when a person is driving and determines the driver activity associated with the user—i.e., the user being in the driver seat actively driving, or otherwise engaged in operating/monitoring the vehicle during the rental/carshare use—based on movement/operation indications such as vehicle motion/location change, operational/ignition state, and the presence of active driving dynamics.

*instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

Based on whether a person is actively driving the vehicle (i.e., the driving activity is occurring), the program code selects a mode of operation from a set of modes that initiate different

31

investigation processes capturing different types of data. For example, when the vehicle is being driven, the system uses a driving mode that captures driving-related motion/operation data and supports driver/vehicle monitoring outputs, including Enterprise Truck Rental telematics alerting tied to braking behavior; when the vehicle is not being driven (idle/ parked/inactive), the system uses a different mode emphasizing vehicle state/availability and location/operation tracking rather than active driving dynamics; and when the captured data indicates a potential collision/event condition during driving, the system transitions to an event-focused mode that captures collision/event information (and correlated location/operation context) for reporting and downstream handling.

*instructions to communicate the data to a remote computer system.*

The program code includes instructions to communicate the data to a remote computer system. Enterprise Truck Rental expressly describes that the in-vehicle telematics device uploads key data to a web portal for monitoring. Enterprise Fleet Management likewise discloses collection/use of location/collision/vehicle-operation information in the context of vehicle technology and downstream storage/processing workflows, evidencing communication to remote systems for review and operational response.

**COUNT IV**

**DIRECT INFRINGEMENT OF THE '273 PATENT**

**50.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

**51.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent, through, among other activities, using applications automatic programs for monitoring human activities while driving.

32

**52.**

Independent Claim 22 of the '273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Across Enterprise's vehicle-service lines, Enterprise deploys on-vehicle wireless/connected devices and vehicle data systems that capture time-associated motion/event data while transported by the vehicle (MT):  For Enterprise Truck Rental, the in-vehicle telematics device includes a built-in accelerometer/gyroscope sensing system, with the accelerometer explicitly analyzing the $x$, $y$, and $z$ axes to measure vehicle movement dynamics (including braking/ acceleration-related motion) during operation; and for Enterprise Fleet Management and Enterprise CarShare vehicles operating within Enterprise's connected-vehicle ecosystem, Enterprise discloses use of vehicle data systems including event data recorders (EDRs) and related collision/event capture, which rely on accelerometer-type crash sensing and record time-associated event data for collision and event characterization.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

These systems compute reference data to define a reference framework for comparing 3D accelerometer sample sets—e.g., establishing baseline/reference conditions and reference relationships for interpreting multi-axis acceleration values in a consistent coordinate framework as operating conditions change.  In the Truck Rental telematics implementation, this reference framework is supported by the accelerometer/gyroscope sensing architecture that calibrates and interprets multi-axis motion in a vehicle coordinate context.

> *calculating movement data for each set based upon the reference data; and*

33

Using the computed reference data, the system calculates movement data for each subsequent 3D accelerometer set—i.e., converting raw/ongoing $x$, $y$, and $z$ acceleration samples into reference-framed motion metrics suitable for event detection and motion-activity determination (including braking-/acceleration-/impact-related dynamics).

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

Based on the calculated movement data (i.e., accelerometer-derived motion values analyzed in the reference framework), the system identifies one or more driver/vehicle motion activities associated with, braking-related motion activity, acceleration-related motion activity, and collision/event motion activity.  Enterprise Truck Rental specifically describes telematics alerting/ reporting tied to "braking behavior," evidencing motion-activity identification derived from the underlying motion sensing and analysis workflow.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendant, granting the following relief:

That the Court enter judgment that one or more claims of the '846 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '558 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '951 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

34

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant's willful infringement of the '846, '558,'951, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated: March 18, 2026                    /s/ Brett Thomas Cooke

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*

36